JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709

R. Thomas Colonna
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6552
Richard.Colonna@usdoj.gov

*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | Case No. 2:23-cv-01861-JAD-BNW |
| Plaintiff, | **Stipulation and Order to Extend Discovery Deadlines** |
| v. | |
| Matthew Okeke, M.D., | **(First Request)** |
| Defendant. | |

Pursuant to LR IA 6-1 and LR 26-3, the parties request a sixty (60) day extension of discovery deadlines, which is supported by grounds and circumstances set forth below. This is the first request for an extension of the discovery deadlines.

### DISCOVERY COMPLETED

The parties have completed the following discovery:

1.     Plaintiff made its initial disclosures on March 12, 2024.

2.     Plaintiff served its first set of requests for production of documents, first set of interrogatories and first set of requests for admission to Plaintiff on April 25, 2024.

### DISCOVERY REMAINING

The parties have been working on trying to settle this case. Plaintiff has provided an offer, and Defendant has agreed to discuss this offer with his client who is currently out of the country. Defendant will provide a response to Plaintiff's settlement offer by May 22, 2024. In light of the settlement discussions the parties agreed that it will be reasonable to

extend the discovery deadlines.

If the case does not settle Defendant will respond to Plaintiff's first set of requests for admissions, requests for production, and first set of interrogatories. Expert disclosures remain to be completed. Plaintiff will need to schedule the deposition of Defendant.

The parties reserve the right to engage in any other discovery permitted by applicable rules and within the revised discovery deadlines if the court approves this stipulation.

### WHY REMAINING DISCOVERY HAS NOT BEEN COMPLETED

The parties are working on trying to resolve this case. The requested extension will allow the parties to continue their settlement discussions, and if the case does not resolve to continue the discovery process.

The parties' counsel conferred and agreed that a sixty (60) day extension would be proper. The parties agree that neither party will be prejudiced by the proposed extension, and that they may be prejudiced should the current schedule remain in place. The parties agree the extension is sought in good faith.

### EXTENSION OF THE DISCOVERY PLAN AND SCHEDULING ORDER

The following table sets forth the current deadlines and the proposed sixty (60) day extension of discovery deadlines that are the subject of this stipulated request:

| SCHEDULED EVENT | CURRENT DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| Initial Expert Disclosure | May 30, 2024 | **July 29, 2024** |
| Rebuttal Expert Report(s) | July 1, 2024 | **August 30, 2024** |
| Discovery Cutoff | July 29, 2024 | **September 27, 2024** |
| Dispositive Motions | August 28, 2024 | **October 28, 2024** |
| Proposed Joint Pretrial Order | September 27, 2024 | **November 26, 2024**[1] |

---

[1] However, if dispositive motions were to be filed, the deadline for the Proposed Joint Pretrial Order would be deferred until 30 days after the Court rules on the dispositive motions.

1    This request for an extension of time is not sought for any improper purpose

2  including delay. This is the first request for an extension of discovery deadlines in this

3  matter.

4    Respectfully submitted this 16th day of May 2024.

5  LAW OFFICES OF LIBO                    JASON M. FRIERSON
   AGWARA, LTD                            United States Attorney
6

7
   */s/ Liborius Agwara*                  */s/ R. Thomas Colonna*
8  LIBORIUS AGWARA, ESQ.                  R. THOMAS COLONNA
   Nevada Bar No. 7576                    Assistant United States Attorney
9  2785 E. Desert Inn Rd., Suite 270      501 Las Vegas Blvd. So., Suite1100
   Las Vegas, Nevada 89121                Las Vegas, Nevada 89101
10 *Attorney for Defendant*               *Attorneys for United States*

11

12

13                                        **IT IS SO ORDERED:**

14                                        _____
                                          **UNITED STATES MAGISTRATE JUDGE**
15
                                          **DATED:**   5/20/2024
16

17

18

19

20

21

22

23

24

25

26

27

28