JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709

R. Thomas Colonna
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6552
Richard.Colonna@usdoj.gov

*Attorneys for the United States*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | Case No. 2:23-cv-01861-JAD-BNW |
| Plaintiff, | **Stipulation and Order to Extend Discovery Deadlines** |
| v. | |
| Matthew Okeke, M.D., | **(Second Request)** |
| Defendant. | |

Pursuant to LR IA 6-1 and LR 26-3, the parties request a sixty (60) day extension of the remaining discovery deadlines, which is supported by grounds and circumstances set forth below. This is the second request for an extension of the discovery deadlines.

### DISCOVERY COMPLETED

The parties have completed the following discovery:

1. Plaintiff made its initial disclosures on March 12, 2024.

2. Plaintiff served its first set of requests for production of documents, first set of interrogatories and first set of requests for admission to Plaintiff on April 25, 2024.

3. Defendant responded to Plaintiff's first requests for admission on May 23, 2024.

### DISCOVERY REMAINING

The parties have reached a settlement agreement in principle and continue working on finalizing a settlement in this case. Plaintiff is preparing the settlement agreement and all

required documentation.

Plaintiff's responses to requests for production, and first set of interrogatories remain to be completed. Expert disclosures remain to be completed. Plaintiff will need to schedule the deposition of Defendant.

The parties reserve the right to engage in any other discovery permitted by applicable rules and within the revised discovery deadlines if the court approves this stipulation.

### WHY REMAINING DISCOVERY HAS NOT BEEN COMPLETED

The deadline for expert disclosure has passed. Thus, the parties must show excusable neglect to extend this past deadline. Excusable neglect exists. The parties have been trying to resolve this case since April 2024. Between April and June 2024, the parties have exchanged several settlement offers and counteroffers. The settlement negotiations were paused for short periods of time in May and June, due to Defendant and his counsel being out of the country. The settlement negotiations resumed in July and in the beginning of August, the parties agreed in principle on the settlement conditions. Accordingly, good cause and excusable neglect can be shown to extend this deadline.

The parties requested one extension of the discovery deadlines which this Court granted on May 20, 2024. ECF No. 14. The parties have inadvertently missed the deadline to extend their initial expert disclosure deadline. Due to the continuing settlement negotiations discovery attempts were stopped.

The parties respectfully request that the remaining discovery deadlines, including the initial expert disclosures, be extended with sixty (60) days to allow them sufficient time to complete the settlement.

The parties agree that neither party will be prejudiced by the proposed extension, and that they may be prejudiced should the current schedule remain in place. The parties agree the extension is sought in good faith.

### EXTENSION OF THE DISCOVERY PLAN AND SCHEDULING ORDER

The following table sets forth the current deadlines and the proposed sixty (60) day

extension of discovery deadlines that are the subject of this stipulated request:

| SCHEDULED EVENT | CURRENT DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| Initial Expert Disclosure | July 29, 2024 | **September 27, 2024** |
| Rebuttal Expert Report(s) | August 30, 2024 | **October 29, 2024** |
| Discovery Cutoff | September 27, 2024 | **November 26, 2024** |
| Dispositive Motions | October 28, 2024 | **December 27, 2024** |
| Proposed Joint Pretrial Order | November 26, 2024 | **January 27, 2025**[1] |

This request for an extension of time is not sought for any improper purpose including delay. This is the second request for an extension of discovery deadlines in this matter.

Respectfully submitted this 29th day of August 2024.

LAW OFFICES OF LIBO
AGWARA, LTD

/s/ Liborius Agwara
LIBORIUS AGWARA, ESQ.
Nevada Bar No. 7576
2785 E. Desert Inn Rd., Suite 270
Las Vegas, Nevada 89121
*Attorney for Defendant*

JASON M. FRIERSON
United States Attorney

/s/ R. Thomas Colonna
R. THOMAS COLONNA
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
*Attorneys for United States*

**IT IS SO ORDERED:**

**UNITED STATES MAGISTRATE JUDGE**

**DATED:** 8/30/2024

---

[1] However, if dispositive motions were to be filed, the deadline for the Proposed Joint Pretrial Order would be deferred until 30 days after the Court rules on the dispositive motions.