SUE FAHAMI  
Acting United States Attorney  
District of Nevada  
Nevada Bar No. 5634  

R. Thomas Colonna  
Assistant United States Attorney  
501 Las Vegas Blvd. So., Suite 1100  
Las Vegas, Nevada 89101  
(702) 388-6552  
Richard.Colonna@usdoj.gov  

*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>     Plaintiff,<br><br>     v.<br><br>Matthew Okeke, M.D.,<br><br>     Defendant. | Case No. 2:23-cv-01861-JAD-BNW<br><br>**Stipulation and Order to Extend Discovery Deadlines**<br><br>**(Fifth Request)** |

Pursuant to LR IA 6-1 and LR 26-3, the parties request a sixty (60) day extension of the remaining discovery deadlines, which is supported by grounds and circumstances set forth below. This is the fifth request for an extension of the discovery deadlines.

### DISCOVERY COMPLETED

The parties have completed the following discovery:

1. Plaintiff made its initial disclosures on March 12, 2024.

2. Plaintiff served its first set of requests for production of documents, first set of interrogatories and first set of requests for admission to Plaintiff on April 25, 2024.

3. Defendant responded to Plaintiff's first requests for admission on May 23, 2024.

### DISCOVERY REMAINING

The parties had reached a settlement agreement in principle and planned to finalize settlement paperwork. After months of waiting on Defendant to execute settlement

paperwork, Plaintiff gave Defendant until November 8, 2024 to complete the paperwork and make his first payment.  Defendant never responded and on November 13, 2024 Plaintiff rescinded the settlement offer and noticed Defendant's deposition. On November 15, 2024, Defendant's undersigned counsel indicated he would be filing a motion to withdraw as counsel for Defendant. A motion to withdraw was never filed. Plaintiff was unclear on Defendant's representation and thus cancelled the scheduled deposition of Defendant.

Plaintiff filed a motion to compel due to a break-down in communication regarding Defendant's representation, deposition and outstanding discovery responses. This Court ordered that Defendant provide availability for deposition and respond to outstanding discovery responses by January 31, 2025. Expert disclosures remain to be completed.

The parties reserve the right to engage in any other discovery permitted by applicable rules and within the revised discovery deadlines if the court approves this stipulation.

## WHY REMAINING DISCOVERY HAS NOT BEEN COMPLETED

The parties have been trying to resolve this case since April 2024. Between April and June 2024, the parties exchanged several settlement offers and counteroffers. The settlement negotiations were paused for short periods of time in May and June, due to Defendant and his counsel being out of the country. The settlement negotiations resumed in July and in the beginning of August, the parties agreed in principle on the settlement conditions. In August, Plaintiff sent Defendant's counsel settlement documents to execute. Plaintiff waited for the settlement documents to be returned from August to November.

The parties requested a fourth extension of the discovery deadlines which this Court granted on November 20, 2024. ECF No. 21. Due to prior settlement negotiations and the necessary motion to compel, the parties respectfully request that the remaining discovery deadlines, including the initial expert disclosures, be extended with sixty (60) days.

The parties agree that neither party will be prejudiced by the proposed extension, and that they may be prejudiced should the current schedule remain in place. The parties

agree the extension is sought in good faith.

**EXTENSION OF THE DISCOVERY PLAN AND SCHEDULING ORDER**

The following table sets forth the current deadlines and the proposed sixty (60) day extension of discovery deadlines that are the subject of this stipulated request:

| SCHEDULED EVENT | CURRENT DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| Initial Expert Disclosure | January 27, 2025 | March 28, 2025 |
| Rebuttal Expert Report(s) | February 26, 2025 | April 28, 2025[1] |
| Discovery Cutoff | March 28, 2025 | May 28, 2025 |
| Dispositive Motions | April 28, 2025 | June 27, 2025 |
| Proposed Joint Pretrial Order | May 28, 2025 | July 28, 2025[2] |

This request for an extension of time is not sought for any improper purpose including delay. This is the second request for an extension of discovery deadlines in this matter.

Respectfully submitted this 22nd day of January 2025.

| | |
|---|---|
| LAW OFFICES OF LIBO AGWARA, LTD | SUE FAHAMI<br>Acting United States Attorney |
| /s/ Liborius Agwara<br>LIBORIUS AGWARA, ESQ.<br>Nevada Bar No. 7576<br>2785 E. Desert Inn Rd., Suite 270<br>Las Vegas, Nevada 89121<br>*Attorney for Defendant* | /s/ R. Thomas Colonna<br>R. THOMAS COLONNA<br>Assistant United States Attorney<br>501 Las Vegas Blvd. So., Suite 1100<br>Las Vegas, Nevada 89101<br>*Attorneys for United States* |

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** 1/24/2024

---

[1] April 27, 2025 is a Sunday.

[2] June 27, 2025 is a Sunday. If dispositive motions were to be filed, the deadline for the Proposed Joint Pretrial Order would be deferred until 30 days after the Court rules on the dispositive motions.