SIGAL CHATTAH
United States Attorney
Nevada Bar No. 8264

CYBILL L. DOTSON
Assistant United States Attorney
United States Attorney's Office
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Phone: 702-388-6336
Email: Cybill.Dotson@usdoj.gov
*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | Case No.: 2:23-cv-01861-JAD-BNW |
| Plaintiff, | **Consent Judgment** |
| v. | ECF No. 33 |
| Matthew Okeke, M.D., | |
| Defendant. | |

The United States of America filed a complaint against Defendant Matthew Okeke, M.D. Dr. Okeke accepted service of the complaint and consents to entry of final judgment in favor of the United States as follows:

1. This Court has jurisdiction over the subject matter of this case and over the parties. The United States' complaint states a claim upon which relief can be granted.

2. Judgment is entered in favor of the United States and against Dr. Okeke in the principal amount of $100,000.00, with post-judgment interest in accordance with 28 U.S.C. § 1961.

3. The United States may file a bill of costs for any costs incurred in connection with this lawsuit.

4. The United States may collect the full principal amount of $100,000.00 as stated in this consent judgment, plus post-judgment interest and costs as specified

above, less any amounts Dr. Okeke paid to the United States under the parties' Memorandum of Agreement before entry of this consent judgment.

5. Dr. Okeke agrees that the Covered Conduct in the parties' Memorandum of Agreement, which is incorporated in the United States' complaint, satisfies all requirements of nondischargeability under 11 U.S.C. § 523(a)(7) and that the Settlement Amount of $100,000.00 is nondischargeable in bankruptcy.

6. Dr. Okeke will not seek any relief from this consent judgment and waives any and all rights and grounds to alteration, amendment, reconsideration, and appeal, including without limitation those under Federal Rules of Civil Procedure 59 and 60 and Federal Rules of Appellate Procedure 3 and 4.

Submitted by:

SIGAL CHATTAH
United States Attorney

_____ 11/10/2025
CYBILL L. DOTSON
Assistant United States Attorney

Consent Judgment seen and agreed to by:

Dated: 7/24/2025                    Dated: 7/24/25

_____              _____
MATTHEW OKEKE, M.D.                LIBORIUS AGWARA
                                    Attorney for Matthew Okeke, M.D.

IT IS SO ORDERED, and the Clerk of Court is directed to enter final judgment in the amount of $100,000.00 in favor of the United States and against Matthew Okeke, M.D., on a separate form in accordance with Federal Rule of Civil Procedure 58.

Dated: 11/18/25

_____
UNITED STATES DISTRICT JUDGE